■ Samuel Wittlin et al., Respondents, v Norman Schapiro et al., Defendants, and Inter Business Marketing, Inc., Appellant.—Appeal by the defendant Inter Business Marketing, Inc., from an order of the Supreme Court, Kings County (Vaccaro, J.), dated April 20, 1987.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Vaccaro in his memorandum decision at the Supreme Court. Mollen, P. J., Mangano, Brown and Sullivan, JJ., concur.